IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAY LARCH,

     Plaintiff,                            No. CIV S-08-0197 FCD EFB P

    vs.

MENTAL HEALTH CARE SERVICES,

     Defendant.                         <u>ORDER</u>

/

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Kings County. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721
4

5  DATED: April 9, 2008.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

2